IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | :<br>:<br>: |
| v | :   CASE NO.: 5:07-CV-375 (HL) |
| | : |
| $15,740.00 IN UNITED STATES<br>FUNDS,<br>Defendant Property, | :<br>:<br>: |
| | : |
| DOUGLAS ENZOR, AND<br>SHABONQUEL YURIKADEEJA DENNIS,<br>Claimants. | :<br>:<br>:<br>: |

## ORDER

The parties have executed and presented to the Court a Stipulation for Compromise Settlement and Release of Claims which is attached hereto and made a part of this Order, in which they agreed that $7,870.00 shall be forfeited to the United States and the remainder of Defendant Property released to Claimants Douglas Enzor and Shabonquel Yurikadeeja Dennis ("Claimants"). Accordingly, the Court hereby makes the following findings of fact and conclusions of law:

　　　1.　　This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1345 and 1355, and venue is proper pursuant to 28 U.S.C. § 1395.

　　　2.　　The United States has furnished due and legal notice of these proceedings as required by law. All persons known to the United States to have a possible interest in Defendant Property have received actual notice and service of the complaint, and warrant for arrest in this action.

3. Claimants filed a Claim and an Answer in these proceedings, asserting their interest in the Defendant Property. No other claims have been filed and the time for filing claims has now expired.

4. There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that Defendant Property is subject to forfeiture in accordance with 21 U.S.C. § 881(a)(6).

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest of Claimants in $7,870.00 of the Defendant Property is hereby forfeited to the United States.

2. All other right, title, and interest in $7,870.00 of the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

3. The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law.

4. The United States Marshals Service shall issue a check in the amount of $7,870.00, payable jointly to Douglas Enzor, Shabonquel Yurikadeeja Dennis and David Edward Clark, Esquire, 1400 Buford Hwy, L-4, Sugar Hill, Georgia, 30518 and forward same to the United States Attorney for the Middle District of Georgia for distribution to Claimants.

5. Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412, nor shall the person or persons who made the seizure of the Defendant Property, nor any attorney, agent, or employee of the United States, be

liable to suit or judgment on account of the seizure of the Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

SO ORDERED, this May 14, 2009.

*s/ Hugh Lawson*

HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

PREPARED BY:

s/DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 052683